B6B (Official Form 6B) (12/07)

.

In re    **Tushar S. Parikh**                                                         ,    Case No.    __11-47619__

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED 1-12-2012

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account at Chase Bank (joint with spouse - debtor in case 11-46805)** | J | 0.00 |
| | | **TCF checking -- joint with spouse -- debtor in case 11-46085)** | J | 92.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit held by Marc Realty for TST International for 29 East Madison Street, Chicago, Illinois 60602** | J | 1,079.33 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Household Goods and Furnishings including audio/video equipment and computer equipment, two couches, three bedroom suites, two dining room sets, dishwasher, stove, refrigerator, microwave, washing machine, dryer, etc. (joint with spouse - debtor in #11-46085)** | J | 1,875.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Compact Discs** | J | 50.00 |
| 6.  Wearing apparel. | | **Miscellaneous Wearing Apparel** | H | 500.00 |
| 7.  Furs and jewelry. | | **Miscellaneous Jewelry** | H | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **New York  Life Insurance Policy   -- whole life policy -- reflects net value less loan of about $65,000** | H | 23,935.00 |
| | | **All State ---  Whole Life Insurance Policy** | H | 31,957.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                **59,588.33**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Tushar S. Parikh** _____,  Case No. ___**11-47619**_____

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED 1-12-2012
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% shareholder of TST International Ltd.** | **-** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **tax refund received post-petition from IRS for 2011; wired into Chase Bank - possibly subject to American Chartered Bank prepetition non-wage garnishment** | **-** | **10,783.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **10,783.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Tushar S. Parikh**                                                    ,    Case No.    **11-47619**
                                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 1-12-2012
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment, Furnishings and Supplies of T.S.T. International, Ltd** | J | 470.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Cell Phones** | H | 50.00 |
| | | **unemployment debit card** | - | 340.00 |

| | | |
|---|---|---|
| | Sub-Total > | 860.00 |
| | (Total of this page) | |
| | Total > | 71,231.33 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Tushar S. Parikh**                                         Case No.   **11-47619**
_____
Debtor

## AMENDED January 10, 2012
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2232**<br><br>**Allure Creations**<br>**22 West 48th Street**<br>**Room #706**<br>**New York, NY 10036** | X | - | **2009**<br>**merchandise purchase  - corporate debt of TST International** | | | X | **70,000.00** |
| Account No.<br><br>**David K. Shuffman**<br>**16 West 46th Street**<br>**Seventh Floor**<br>**New York, NY 10036** | | | **Representing:**<br>**Allure Creations** | | | | **Notice Only** |
| Account No.<br><br>**Mahesh Batwara**<br>**c/o Allure**<br>**22 West 48th Street**<br>**New York, NY 10036** | | | **Representing:**<br>**Allure Creations** | | | | **Notice Only** |
| Account No.<br><br>**Beed Jewelry**<br>**5 South Wabash Avenue**<br>**9th Floor**<br>**Chicago, IL 60603** | X | - | **2009**<br>**Corporate Debt of TST International; merchandise purchase** | | | X | **Unknown** |

  __1__   continuation sheets attached

Subtotal
(Total of this page)     **70,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tushar S. Parikh**                                                          Case No. __**11-47619**__
_____ ,
Debtor

# AMENDED January 10, 2012
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Corporate Debt of TST International | | | | |
| Brinks Global Services 580 Fifth Avenue New York, NY 10036 | - | | | | | | X | |
| | | | | | | | | 538.00 |
| Account No. | | | | | | | | |
| Martin S. Cole 110 Wall Street 11th Floor New York, NY 10005 | | | | Representing: Brinks Global Services | | | | Notice Only |
| Account No. | | | | Corporate Debt of TST International | | | | |
| Milan Imports Five South Wabash Chicago, IL 60603 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt of TST International | | | | |
| Priti Shah 340 East Randolph Street #3203 Chicago, IL 60601 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         538.00

Total
(Report on Summary of Schedules)        70,538.00